# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

Bridget M. McCormack,
Chief Justice

158334

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARK J. SOULARD,
    Plaintiff-Appellant,

v

                SC: 158334
                COA: 337381
                Washtenaw CC: 16-000070-NO

REPUBLIC PARKING SYSTEM, INC.,
    Defendant-Appellee.
_____/

   On order of the Court, the application for leave to appeal the July 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



a0325

                Clerk